UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD BLANK, ESQ. AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARIELIS GONZALEZ; ANDY NAPOLEONIS, INDIVIDUALLY AND AS NEXT FRIEND OF AN; AND MELISSA COURY AS NEXT FRIEND OF JB, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 19-11855-JCB |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties herein have stipulated to the dismissal with prejudice of all claims, counterclaims, third-party claims, and cross-claims that were asserted or could have been asserted, all rights of appeal being waived, and each party to bear their respective attorneys' fees or costs.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS RICHARD BLANK, ESQ. AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARIELIS GONZALEZ; ANDY NAPOLEONIS, INDIVIDUALLY AND AS NEXT FRIEND OF AN; AND MELISSA COURY AS NEXT FRIEND OF JB, | UNITED STATES OF AMERICA |
| By their attorneys, | By its attorney, |
| */s/ Cathleen A. Liacos* <br> Lisa G. Arrowood (BBO #022330) <br> larrowood@arrowoodllp.com <br> Cathleen A. Liacos (BBO #696479) <br> cliacos@arrowoodllp.com <br> ARROWOOD LLP <br> 10 Post Office Square <br> 7th Floor South <br> Boston, MA  02109 <br> (617) 849-6200 telephone <br> (617) 849-6201 facsimile | Rachael S. Rollins <br> United States Attorney <br><br> */s/Annapurna Balakrishna* <br> Annapurna Balakrishna <br> Eve Piemonte <br> Assistant U. S. Attorneys <br> U. S. Attorney's Office <br> John J. Moakley U.S. Courthouse <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA  02210 <br> annapurna.balakrishna@usdoj.gov <br> (617) 748-3111 telephone <br> eve.piemonte@usdoj.gov <br> (617) 748-3369 telephone |

Dated:  May 27, 2022

## **CERTIFICATE OF SERVICE**

I, Cathleen A. Liacos, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 27, 2022.

*/s/ Cathleen A. Liacos*
Cathleen A. Liacos
